THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD D. NEAL, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn Prison, Auburn, New York, Respondent. — Order affirmed, without costs. Memorandum: We construe section 1945 of the Penal Law as having no application to the additional five years' imprisonment imposed as provided by section 1944 of the Penal Law. All concur. (The order dismisses writ of habeas corpus and remands relator to custody.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

ESTELLE ROSENTHAL, Respondent, v. MARGARET DUNFEE CUMMINS, Appellant. — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY V. LOVE, as Administratrix, etc., of TIMOTHY A. LOVE, Deceased, etc., Respondent, v. THE BALTIMORE AND OHIO RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

## (May 26, 1937.)

GERTRUDE C. ANDERSON, as Administratrix, etc., of HAROLD ANDERSON, Deceased, Appellant, v. RICHFIELD OIL CORPORATION OF NEW YORK and Others, Respondents.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. All concur. (The portion of the order appealed from strikes out certain portions of plaintiff's complaint in an action to recover damages for death of plaintiff's intestate, a fireman, caused by an explosion.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

WILLIAM WEINERT and HERMAN WEINERT, Stockholders of MARCH GOLD, INC., Suing on Behalf of Themselves and on Behalf of All Other Stockholders, Respondents, v. EDWARD G. KINKEL and Others, Appellants, and MARCH GOLD, INC., Defendant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. All concur. (The portion of the order appealed from directs examination of defendants before trial and postpones plaintiffs' furnishing of a full bill of particulars until after the examination of defendants in an action to restore value of stock.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

PAUL E. MEILY, Respondent, v. ALBERT KAUFFMAN, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: We construe the charge to the jury as limiting the negligence upon which the verdict could be predicated to the absence of a rear light on defendant's automobile and on this question we are of the opinion that the verdict of the jury was against the weight of the evidence. All concur. (The judgment awards plaintiff damages for personal injuries sustained in a collision between a motorcycle and an automobile. The order denies motion for a new trial.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.